## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:                                                )
                                                       )
3PL4PL, LLC                                            )          Case No. 14-22402 SBB
                                                       )          Chapter 11
     Debtor.                     )
_____)
                                                       )
JARED WALTERS, Chapter 7 Trustee of       )          Adversary No.15-01120 SBB
3PL4PL, LLC, Debtor, BIA INVESTORS,       )
LLC, a Colorado Limited Liability Company,)
SFCRT, LLC, A Colorado Limited Liability  )
Company, and SFHT, LLC, a Colorado        )
Limited Liability Company,                )
                                                       )
     Plaintiff,                  )
vs.                                                    )
                                                       )
BRIAN TUNER, an individual, JERRY         )
GREENBERG, an individual, RICHARD         )
REPLIN, an individual, REPLIN FAMILY      )
LLC, a Colorado limited liability company, )
CRESTCO HOLDINGS, LLC, a Colorado         )
limited liability company, RON GUILLOT,   )
an individual, KEVIN B. LYNCH, a resident )
of California, JOHN SNEDEGAR, a resident  )
of California, JOHN SNEDEGAR, Trustee     )
of the Apollos Company 401(k) Plan, JOHN  )
SNEDEGAR, Trustee of the Apollos Pension  )
and Profit Sharing Plan Trust, CHARLES R. )
WALKER, a resident of California, DAVID    )
KLAWANS, a resident of California, PAUL    )
T. LUBAR, a resident of California,        )
GREGORY LUBAR, a resident of the          )
District of Columbia, RICHARDG. SMITH,    )
a resident of California, TIM WLAKER, a    )
resident of California, LOGISTICS          )
FINANCE, INC.,a California Corporation,    )
HAYES & BOONE LLP, a Texas                )
partnership, SHERMAN & HOWARD             )
LLC, a Delaware limited liability company, )
BERTRAN HERMAN WEIDBERG, a                )
resident of the State of California,       )

ALLEN & VELLONE, P.C., a    )
Colorado Corporation and Does nos.    )
1 through 3,    )
    )
    Defendants.    )

**ORDER DIRECTING CLERK TO REFER MOTIONS FOR  WITHDRAWAL OF  THE
REFERENCE TO THE DISTRICT COURT**

THIS MATTER comes before the Court on two Motions for Withdrawal of the
Reference filed on 6/1/2015 and the relevant responses and replies thereto, if any.  Accordingly
it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy
Court shall transmit herewith the two Motions for Withdrawal of Reference and any relevant
documents to the U.S. District Court for further action.

Dated: June 29, 2015          BY THE COURT:

_____
United States Bankruptcy Court Judge